Dominic Nesci, Plaintiff-Appellee, v. Henry Sennholz and Otis Jones, Defendants-Appellants.

Gen. No. 49,955.

First District, Third Division.

September 16, 1965.

Stone & Bolotin, of Chicago (Bertram A. Stone, of counsel), for appellants; Coghlan, Coghlan and Joyce, of Chicago (John P. Coghlan, Jr., of counsel), for appellee. Opinion by JUSTICE SULLIVAN. Not to be published in full.